The following constitutes
the order of the court. Signed June 4, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:  Case Number: 15-41212 RLE

Brian Leech James,  Chapter: 13

Debtor(s).

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, **5/18/2015**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**END OF ORDER**

**COURT SERVICE LIST**

All Recipients