**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Brian Leech James | Case No.: 15–41212 RLE 13 |
| Debtor(s) | Chapter: 13 |

**NOTICE OF DISMISSAL OF CASE**

**Notice is given** that an order was filed on 6/4/15 dismissing the above–captioned case.

Dated: <u>6/4/15</u>                    For the Court:

                              Edward J. Emmons
                              Clerk of Court
                              United States Bankruptcy Court

Doc # 17